UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

FRANK CASTRO,

                Plaintiff,

v.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

                Defendant.
-------------------------------------------------------X



Case No. 19-cv-4749

NOTICE OF MOTION FOR
ATTORNEYS' FEES PURSUANT
TO 42 U.S.C. §406(b)

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law with exhibits, Plaintiff will move this Court before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan, United States Courthouse, 500 Pearl St., New York, NY 10007-1312, on submission, for an order awarding **$12,900** in attorney's fees under 42 U.S.C. §406(b) for services before this Court.

Dated: New York, New York
         November 3, 2020

Respectfully submitted,
Seelig Law Offices, LLC
Of Counsel to Ungaro & Cifuni

By: /s/ Richard B. Seelig
Richard B. Seelig, Esq.
299 Broadway – Suite 1600
New York, New York 10007
(212) 766-0600
Fax: (212) 766-2616
richard@pseeliglaw.com
*Attorneys for Plaintiff*

*[Handwritten order:]* Application granted. The award of $12,900 in attorney's fees under 42 U.S.C. §406(b) is wholly reasonable. Counsel should return to the plaintiff the award of $1,800 under the EAJA. The Clerk is directed to close Docket No. 14 + 15. So ordered. 11/18/20 /s/ John G. Koeltl, U.S.D.J.

TO:  Audrey Strauss
     United States Attorney for S.D.N.Y.
     86 Chambers Street, 3rd Floor
     New York, NY 10007
     ATTN: Mary Ellen Brennan
     Assistant U.S. Attorney
     (212) 637-2652
     MaryEllen.Brennan@usdoj.gov

2